UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ENVIRONMENTAL PROTECTION AGENCY,
FINAL RULE: STEAM ELECTRIC RECONSIDERATION
RULE, 85 FED. REG. 64,650, PUBLISHED ON OCTOBER 13, 2020       MCP No. 161

(SEE ATTACHED SCHEDULE)

**CONSOLIDATION ORDER**

    The U.S. Environmental Protection Agency issued a notice dated October 13, 2020. On November 17, 2020, the Panel received, pursuant to 28 U.S.C. § 2112(a)(3), a notice of multicircuit petitions for review of that order. The notice included petitions for review pending in two circuit courts of appeal as follows: Fourth Circuit Court and District of Columbia Circuit Court.

    The Panel has randomly selected the United States Court of Appeals for the Fourth Circuit Court in which to consolidate these petitions for review.

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 2112(a)(3), the petitions on the attached schedule are consolidated in the United States Court of Appeals for the Fourth Circuit Court, and that this circuit is designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

Delora Davis, Operations Supervisor
Random Selector

John W. Nichols, Clerk of the Panel
Witness

IN RE: ENVIRONMENTAL PROTECTION AGENCY,
FINAL RULE: STEAM ELECTRIC RECONSIDERATION
RULE, 85 FED. REG. 64,650, PUBLISHED ON OCTOBER 13, 2020     MCP No. 161

## SCHEDULE OF PETITIONS

| **CIRCUIT NO.** | **CASE CAPTION** |
|---|---|
| Fourth Circuit, No. 20-2187 | Appalachian Voices v. EPA |
| District of Columbia Circuit, No. 20-4136 | Clean Water Action, et al v. Andrew Wheeler, et al |